TOWN OF HARWINTON *v.* TORRINGTON WATER
COMPANY ET AL.
(8942)

SPALLONE, NORCOTT and LANDAU, Js.

Argued October 5—decision released October 12, 1990

*H. James Stedronsky,* town attorney, with whom was *Regina M. Wexler,* for the appellant (plaintiff).

*Tatiana D. Sypko,* assistant attorney general, with whom were *Robert S. Golden, Jr.,* assistant attorney general, and, on the brief, *Clarine Nardi Riddle,* attorney general, for the appellee (defendant department of public utility control).

*Andrew W. Roraback,* for the appellee (defendant Torrington Water Company).

PER CURIAM. The judgment is affirmed.